**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CR-20115-RS**

**UNITED STATES OF AMERICA**

vs.

**YUNIOR ALBERTO LOPEZ CONCEPCION,**

    **Defendant.**
_____/

**UNITED STATES' UNOPPOSED MOTION FOR REDUCTION OF SENTENCE**

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, for a reduction to time served of the defendant listed above in order to reflect his substantial assistance in the investigation or prosecution of others. In support of this motion, the Government states as follows:

    1.    The Defendant was convicted of money laundering related to health care fraud and sentenced to 30 months' imprisonment. The Defendant, according to BOP records, will be released on March 30, 2022. The Defendant assisted in the prosecution of several other individuals and those individuals have all been recently convicted.

    2.    Accordingly, the United States respectfully moves this Court for a reduction of the Defendant's sentence to time served, which is apparently a six-month reduction in his sentence. The Defendant's counsel, Ana Davide, Esquire, advises that she joins in the recommendation and waives a hearing on the matter.

WHEREFORE the United States respectfully requests that this Court grant this motion.

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    ACTING UNITED STATES ATTORNEY

October 1, 2022    By:  /s/ Timothy J. Abraham
    Timothy J. Abraham
    Assistant United States Attorney
    Florida Bar No. 114372
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9438
    Fax: (305) 536-4699
    Timothy.Abraham2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on October 1, 2021, and a copy was provided to all counsel of record by that means.

    /s/ Timothy J. Abraham
    Assistant United States Attorney